# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET, HARRISBURG, PENNSYLVANIA 17101
Website: http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire   Telephone: (717) 232-6650
Kara K. Gendron, Esquire   Fax: (717) 232-0477

April 14, 2021

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:   Vincent Jaye Freeman & Elise Ann Freeman
      BANKRUPTCY CASE NO:1:17-bk-01521

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

MIDLAND FUNDING LLC
2365 NORTHSIDE DR STE 300
SAN DIEGO, CA 92108-2709

to:

MIDLAND FUNDING LLC
BK NOTICES
3111 CAMINO DEL RIO N STE 103
SAN DIEGO, CA 92108-5721


Please remove old address from the mailing matrix.


Thank you for your attention to this matter.

Sincerely,


 / s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law