# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*

Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
Website:  http://www.mottgendronlaw.com

Dorothy L. Mott, Esquire                                              Telephone: (717) 232-6650
Kara K. Gendron, Esquire                                                    Fax:  (717) 232-0477

April 16, 2021

MIDDLE DISTRICT OF PENNSYLVANIA
US BANKRUPTCY COURT
228 WALNUT STREET, RM 320
HARRISBURG, PA 17101

Re:   Vincent Jaye Freeman & Elise Ann Freeman
         BANKRUPTCY CASE NO:1:17-bk-01521

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address of the creditor listed below for the above-referenced client from:

FIRST NATIONAL COLLECTION BUREAU, INC
610 WALTHAM WAY
SPARKS, NV 89437-6695

to:

FIRST NATIONAL COLLECTION BUREAU, INC
3631 WARREN WAY
RENO, NV 89509-5241

Please remove old address from the mailing matrix.

Thank you for your attention to this matter.

Sincerely,

*/ s/ Elizabeth Snyder*

Elizabeth Snyder, Paralegal to
Dorothy L. Mott, Attorney at Law
Kara K. Gendron, Attorney at Law