IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| VINCENT JAYE FREEMAN | : | |
| ELISE ANN FREEMAN | : | CASE NO. 1:17-bk-01521 |
|    Debtor | : | |
| | : | |
| | : | |

**REQUEST FOR CERTIFIED DOCUMENT/ORDER**

COMES NOW the Debtor, by and through Dorothy L. Mott, Esquire of Mott & Gendron Law, and hereby requests that an electronic certified copy of the following document be emailed to the undersigned at the email address provided below.

Docket entry #80 Order Approving Sale

                                          Respectfully submitted,

                                          /s/ Dorothy L. Mott
                                          _____
                                          Dorothy L. Mott, Esquire
                                          Attorney ID #: 43568
                                          Mott & Gendron Law
                                          125 State Street
                                          Harrisburg, PA 17101
                                          (717) 232–6650 TEL
                                          (717) 232-0477 FAX
                                          doriemott@aol.com