United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-01521-HWV |
| Vincent Jaye Freeman | Chapter 13 |
| Elise Ann Freeman | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 2 |
| Date Rcvd: Apr 28, 2021 | Form ID: pdf010 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 30, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| + | Shellpoint Mortgage Servicing, 55 Beattie Place, Greenville, SC 29601-2165 |
| 4909118 | SWATARA TWP AUTHORITY, PO BOX 4920, HARRISBURG, PA 17111-0920 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4909109 | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 28 2021 18:46:00 | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 30, 2021          Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles J DeHart, III (Trustee) | TWecf@pamd13trustee.com |
| Dorothy L Mott | on behalf of Debtor 1 Vincent Jaye Freeman DorieMott@aol.com KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com |

Dorothy L Mott
              on behalf of Debtor 2 Elise Ann Freeman DorieMott@aol.com
              KaraGendronECF@gmail.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

James Warmbrodt
              on behalf of Creditor U.S. Bank National Association  as Trustee, as successor to et al... bkgroup@kmllawgroup.com

James Warmbrodt
              on behalf of Creditor U.S. Bank  N.A. as trustee for Home Improvement and Home Equity Loan Trust 1997-E
              bkgroup@kmllawgroup.com

Kara Katherine Gendron
              on behalf of Debtor 1 Vincent Jaye Freeman mottgendronecf@gmail.com
              doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

Kara Katherine Gendron
              on behalf of Debtor 2 Elise Ann Freeman mottgendronecf@gmail.com
              doriemott@aol.com;mottgendronecf@gmail.com;bethsnyderecf@gmail.com

United States Trustee
              ustpregion03.ha.ecf@usdoj.gov

William E. Craig
              on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com


TOTAL: 9

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 1:17-bk-01521 |
| | : | |
| VINCENT JAYE FREEMAN | : | CHAPTER 13 |
| ELISE ANN FREEMAN | : | |
|    Debtors | : | |
| | : | |
| VINCENT JAYE FREEMAN | : | |
| ELISE ANN FREEMAN | : | |
|    Movants | : | |
| | : | |
|   v. | : | |
| | : | |
| SHELLPOINT MORTGAGE | : | |
| SERVICING; SWATARA TOWNSHIP | : | |
| AUTHORITY; DAUPHIN COUNTY | : | |
| TAX CLAIM BUREAU; IRS | : | |
| CENTRALIZED INSOLVENCY | : | |
| ORGANIZATION; CHARLES J | : | |
| DEHART III, ESQUIRE, TRUSTEE | : | |
|    Respondent | : | |

## ORDER

UPON consideration of the Motion for Approval of Sale, and it appearing that no Objection or Answer was filed to the Motion by the time set forth in an Order no objections appearing thereto, it is hereby

IT IS ORDERED AND DECREED that the delay in efficacy of the Order pursuant to the Motion be waived pursuant to Federal Rules of Bankruptcy Procedure Rule 6004(h), because time is of the essence; and

IT IS FURTHER ORDERED AND DECREED that the relief prayed for in the Motion for Approval of Sale of Certain Property is hereby granted and the proceeds of sale shall be distributed as follows:

1.  Various entities                                           Recording fees, escrow fees, discount points, document preparation fees, appraisal fees, municipal liens, real estate taxes,

inspection fees, realtor commissions, notarization charges and other incidental and ordinary costs of settlement, if any, required to be paid by Debtor as seller.

2. Dauphin County Tax Claim Bureau    Delinquent taxes, if any

3. Swatara Township Municipal Authority    Delinquent sewer & water, if any

4. Shellpoint Mortgage Servicing    Mortgage payoff pursuant to short sale agreement.

5. Internal Revenue Service    Balance of lien, if any (believed to have been paid in full through plan)

6. Vincent Jaye Freeman
   Elise Ann Freeman
       Debtors
      Debtors' exemption, if any, up to $42,400.00

7. Charles J. Dehart, III,
   Trustee
      Balance, if any, to be distributed pursuant to the Debtor's plan.

Dated: April 28, 2021      By the Court,

_Henry W. Van Eck_

Henry W. Van Eck, Chief Bankruptcy Judge (CD)