# MOTT & GENDRON LAW

## *Attorneys and Counselors at Law*
Board Certified in Consumer Bankruptcy Law - American Board of Certification
125 STATE STREET,  HARRISBURG, PENNSYLVANIA 17101
Website:  http://www.mottgendronlaw.com

| | |
|---|---|
| Dorothy L. Mott, Esquire | Telephone: (717) 232-6650 |
| Kara K. Gendron, Esquire | Fax:  (717) 232-0477 |

February 14, 2022

CLERK, U.S. BANKRUPTCY COURT
THE RONALD REAGAN FEDERAL BUILDING
228 WALNUT STREET, ROOM 320
HARRISBURG, PA 17101

Re:   Vincent Jaye Freeman & Elise Ann Freeman
        BANKRUPTCY CASE NO:1:17-bk-01521

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please change the address for the above referenced debtors to:

202 Woodland Drive
Leesburg, FL  34788

Please remove the old address from the mailing matrix:

112 Summit Street
Steelton, PA 17113

Thank you for your attention to this matter.

Sincerely,


/s/ Elizabeth Snyder
Elizabeth Snyder, Paralegal