Certificate Number: 13858-PAM-DE-036374012

Bankruptcy Case Number: 17-01521



13858-PAM-DE-036374012

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 4, 2022, at 5:44 o'clock PM EST, Vincent J Freeman completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 4, 2022

By: /s/Rebecca McDaniel

Name: Rebecca McDaniel

Title: Counselor

Certificate Number: 13858-PAM-DE-036374013

Bankruptcy Case Number: 17-01521


13858-PAM-DE-036374013

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 4, 2022, at 5:44 o'clock PM EST, Elise A Freeman completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: March 4, 2022

By: /s/Rebecca McDaniel

Name: Rebecca McDaniel

Title: Counselor