In re:                                                                                                Case No. 17-01521-HWV

Vincent Jaye Freeman                                                      Chapter 13

Elise Ann Freeman

       Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1                             User: AutoDocke                                    Page 1 of 4

Date Rcvd: Apr 19, 2022                      Form ID: 3180W                             Total Noticed: 50

The following symbols are used throughout this certificate:

**Symbol**        **Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++             Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##             Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 21, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Vincent Jaye Freeman, Elise Ann Freeman, 202 Woodland Drive, Leesburg, FL 34788-2818 |
| 4909095 | + | AARON'S LEASING, KFJ ENTERPRISES LLC, 2525 PAXTON STREET, HARRISBURG, PA 17111-1034 |
| 4960269 | + | ACE CASH EXPRESS, Williamson and Brown,LLC, 4691 Clifton Pkwy, hamburg, NY 14075-3201 |
| 4909096 | + | ARCADIA RECOVERY BUREAU, PO BOX 6768, WYOMISSING, PA 19610-0768 |
| 4909097 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 4924477 | + | CCWB ASSET INVESTMENT, LLC, SERVICED BY, KEVIN W. HARPER INVESTMENTS, INC., 3000 SMOOT RD , SUITE A, SMOOT , WV 24977-9602 |
| 4920883 | + | COMMUNITY CREDIT, 600 F STREET SUITE 3 #721, ARCATA, CA 95521-6301 |
| 4920890 | | FIRST NATIONAL COLLECTION BUREAU, INC, 3631 WARREN WAY, RENO, NV 89509-5241 |
| 4920893 | + | Kevin W Harper Investments Inc, 3000 Smoot Rd # A, Smoot, WV 24977-9602 |
| 4909111 | + | MID FLORIDA LAKES YACHT CLUB, 199 FOREST DRIVE, LEESBURG, FL 34788-2648 |
| 4909113 | + | MODERN RECOVERY SOLUTIONS, PO BOX 500, NEWMANSTOWN, PA 17073-0500 |
| 4920901 | + | PINNACLE CREDIT SERVICES, C/O CREDITORS BANKRUPTCY SVC, PO BOX 740933, DALLAS TX 75374-0933 |
| 4909115 | ++ | PLAIN GREEN LOANS, 93 Mack Road, Suite 600, Box Elder, MT 59521 address filed with court:, PLAIN GREEN LOANS, 93 MACK ROAD, STE 600, PO BOX 255, BOX ELDER, MT 59521 |
| 4920903 | + | PRIME CREDIT, 600 F STREET SUITE 3 #721, ARCATA, CA 95521-6301 |
| 4909118 | | SWATARA TWP AUTHORITY, PO BOX 4920, HARRISBURG, PA 17111-0920 |
| 4954254 | | U.S. Bank, N.A. as trustee for Home Improvement, c/o Ditech Financial LLC, PO Box 6154, Rapid City, SD 57709-6154 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: ebnnotifications@creditacceptance.com | Apr 19 2022 18:35:00 | Credit Acceptance Corporation, 25505 W TWELVE MILE ROAD, SOUTHFIELD, MI 48037 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 18:40:44 | Pinnacle Credit Services LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4920875 | + | Email/Text: mnapoletano@ars-llc.biz | Apr 19 2022 18:35:00 | ABILITY RECOVERY SERVICES LLC, PO BOX 4262, SCRANTON, PA 18505-6262 |
| 4909098 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 18:40:43 | CACH LLC, PO BOX 5980, DENVER, CO 80217-5980 |
| 4957098 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 18:40:45 | CACH, LLC its successors and assigns as assignee, of Capital One Bank (USA), N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4909099 | | EDI: CAPITALONE.COM | Apr 19 2022 22:38:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 4909100 | EDI: CAPITALONE.COM | Apr 19 2022 22:38:00 | CAPITAL ONE BANK USA NA, BK NOTICES, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4909102 | EDI: PENNDEPTREV | Apr 19 2022 22:38:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4909102 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 19 2022 18:35:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4920884 | + EDI: CONVERGENT.COM | Apr 19 2022 22:38:00 | CONVERGENT OUTSOURCING INC, 800 SW 39TH STREET, PO BOX 9004, RENTON, WA 98057-9004 |
| 4909103 | + Email/Text: ebnnotifications@creditacceptance.com | Apr 19 2022 18:35:00 | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 4909104 | + Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2022 18:40:44 | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 4909105 | Email/PDF: creditonebknotifications@resurgent.com | Apr 19 2022 18:40:50 | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 4955910 | + Email/Text: bankruptcy@cavps.com | Apr 19 2022 18:35:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 4909119 | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 19 2022 18:35:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 4909106 | EDI: DISCOVER.COM | Apr 19 2022 22:38:00 | DISCOVER BANK, 12 READS WAY, NEW CASTLE, DE 19720 |
| 4910861 | EDI: DISCOVER.COM | Apr 19 2022 22:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 4909108 | EDI: IRS.COM | Apr 19 2022 22:38:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4909101 | Email/Text: info@pamd13trustee.com | Apr 19 2022 18:35:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4956926 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 18:40:53 | LVNV Funding, LLC its successors and assigns as, assignee of GE Money Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4920894 | Email/Text: camanagement@mtb.com | Apr 19 2022 18:35:00 | M&T BANK, 1100 WEHRLE DRIVE, WILLIAMSVILLE, NY 14221 |
| 4936979 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2022 18:40:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 4909110 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 19 2022 18:40:48 | MERRICK BANK COURT NOTICES, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 4920898 | Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2022 18:35:00 | MIDLAND FUNDING LLC, BK NOTICES, 3111 CAMINO DEL RIO N STE 103, SAN DIEGO, CA 92108-5721 |
| 4909112 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 19 2022 18:35:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 4909114 | + EDI: NFCU.COM | Apr 19 2022 22:38:00 | NAVY FCU, BANKRUPTCY NOTICES, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 4914534 | EDI: NFCU.COM | Apr 19 2022 22:38:00 | Navy Federal Credit Union, PO Box 3000, Merrifield, VA 22119-3000 |
| 4960223 | EDI: PRA.COM | Apr 19 2022 22:38:00 | Portfolio Recovery Associates, LLC, POB 12914, |

| Recip ID | Bypass Reason | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Norfolk VA 23541 |
| 4909516 | + | EDI: RECOVERYCORP.COM | Apr 19 2022 22:38:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4951918 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2022 18:40:44 | Pinnacle Credit Services, LLC its successors and, assigns as assignee of Cellco, Partnership d/b/a Verizon Wireless, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4909116 | + | Email/Text: joey@rmscollect.com | Apr 19 2022 18:35:00 | REC MGM SYS, PO Box 73810, N. Chesterfield, VA 23235-8047 |
| 4909117 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 19 2022 18:40:46 | REGIONAL ACCEPTANCE CORP, BANKRUPTCY DEPT, 1420-C EAST FIRE TOWER ROAD, GREENVILLE, NC 27858-4139 |
| 4913038 | | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Apr 19 2022 18:40:46 | Regional Acceptance Corporation, PO Box 1847, Wilson, NC 27894-1847 |
| 4909120 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Apr 19 2022 18:35:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4920909 | | EDI: VERIZONCOMB.COM | Apr 19 2022 22:38:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |

TOTAL: 35

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4920874 | *+ | AARON'S LEASING, KFJ ENTERPRISES LLC, 2525 PAXTON STREET, HARRISBURG, PA 17111-1034 |
| 4920876 | *+ | ARCADIA RECOVERY BUREAU, PO BOX 6768, WYOMISSING, PA 19610-0768 |
| 4920877 | * | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 4920878 | * | CACH LLC, PO BOX 5980, DENVER, CO 80217-5980 |
| 4920879 | * | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4920880 | * | CAPITAL ONE BANK USA NA, BK NOTICES, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 4920882 | * | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 4920885 | *+ | CREDIT ACCEPTANCE, 25505 W 12 MILE ROAD, STE 3000, SOUTHFIELD, MI 48034-8331 |
| 4920886 | *+ | CREDIT ONE BANK, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 4920887 | * | CREDITONE BANK, CUSTOMER BILLING AND CORRESPONDENCE, PO BOX 98873, LAS VEGAS, NV 89193-8873 |
| 4920907 | *P++ | DEPARTMENT OF LABOR & INDUSTRY, ATTN OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG PA 17121-0751, address filed with court:, UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 4920888 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, DISCOVER BANK, 12 READS WAY, NEW CASTLE, DE 19720 |
| 4920889 | *+ | DITECH FINANCIAL LLC, BANKRUPTCY NOTICES, 1400 TURBINE DRIVE, RAPID CITY, SD 57703-4719 |
| 4920891 | * | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4909109 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4920892 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 4920881 | *P++ | JACK N ZAHAROPOULOS, ATTN CHAPTER 13 TRUSTEE, 8125 ADAMS DRIVE SUITE A, HUMMELSTOWN PA 17036-8625, address filed with court:, CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 4920895 | *+ | MERRICK BANK COURT NOTICES, PO BOX 9201, OLD BETHPAGE, NY 11804-9001 |
| 4920896 | *+ | MID FLORIDA LAKES YACHT CLUB, 199 FOREST DRIVE, LEESBURG, FL 34788-2648 |
| 5403737 | * | MIDLAND FUNDING LLC, BK NOTICES, 3111 CAMINO DEL RIO N STE 103, SAN DIEGO, CA 92108-5721 |
| 4920897 | *+ | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 4955814 | *+ | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 4920899 | *+ | MODERN RECOVERY SOLUTIONS, PO BOX 500, NEWMANSTOWN, PA 17073-0500 |
| 4920900 | *+ | NAVY FCU, BANKRUPTCY NOTICES, PO BOX 3000, MERRIFIELD, VA 22119-3000 |
| 4920902 | *P++ | PLAIN GREEN LOANS, 93 Mack Road, Suite 600, Box Elder, MT 59521, address filed with court:, PLAIN GREEN LOANS, 93 MACK ROAD, STE 600, PO BOX 255, BOX ELDER, MT 59521 |
| 4920904 | *+ | REC MGM SYS, PO Box 73810, N. Chesterfield, VA 23235-8047 |
| 4920905 | *+ | REGIONAL ACCEPTANCE CORP, BANKRUPTCY DEPT, 1420-C EAST FIRE TOWER ROAD, GREENVILLE, NC |

| | | |
|---|---|---|
| | | 27858-4139 |
| 4920906 | * | SWATARA TWP AUTHORITY, PO BOX 4920, HARRISBURG, PA 17111-0920 |
| 4920908 | *+ | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 4909107 | ##+ | DITECH FINANCIAL LLC, BANKRUPTCY NOTICES, 1400 TURBINE DRIVE, RAPID CITY, SD 57703-4719 |

TOTAL: 0 Undeliverable, 30 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 21, 2022              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 19, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Dorothy L Mott
    on behalf of Debtor 1 Vincent Jaye Freeman DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com

Dorothy L Mott
    on behalf of Debtor 2 Elise Ann Freeman DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com

Jack N Zaharopoulos (Trustee)
    TWecf@pamd13trustee.com

James Warmbrodt
    on behalf of Creditor U.S. Bank  N.A. as trustee for Home Improvement and Home Equity Loan Trust 1997-E bkgroup@kmllawgroup.com

James Warmbrodt
    on behalf of Creditor U.S. Bank National Association  as Trustee, as successor to et al... bkgroup@kmllawgroup.com

Kara Katherine Gendron
    on behalf of Debtor 1 Vincent Jaye Freeman karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

Kara Katherine Gendron
    on behalf of Debtor 2 Elise Ann Freeman karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

William E. Craig
    on behalf of Creditor Credit Acceptance Corporation ecfmail@mortoncraig.com  mortoncraigecf@gmail.com

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Vincent Jaye Freeman<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–7502<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Elise Ann Freeman<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–6420<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:17–bk–01521–HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Vincent Jaye Freeman            Elise Ann Freeman

4/19/22

**By the court:** *Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**